FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

16 SEP 21 PM 4:17

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 16-3807 RB |
| ) | |
| vs. ) | Counts 1-7: 18 U.S.C. § 875(c): |
| ) | Interstate Communications with Intent to |
| **SEAN SEBASTIAN STINSON**, ) | Threaten. |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about August 24, 2016, at approximately 9:26 P.M., in Doña Ana County, in the District of New Mexico and elsewhere, the defendant, **SEAN SEBASTIAN STINSON**, knowingly and willfully transmitted, in interstate commerce, a communication which contained a threat to injure the person of another.

In violation of 18 U.S.C. § 875(c).

### Count 2

On or about August 24, 2016, at approximately 9:32 P.M., in Doña Ana County, in the District of New Mexico and elsewhere, the defendant, **SEAN SEBASTIAN STINSON**, knowingly and willfully transmitted, in interstate commerce, a communication which contained a threat to injure the person of another.

In violation of 18 U.S.C. § 875(c).

### Count 3

On or about August 24, 2016, at times separate and apart from the other counts charged in this indictment, in Doña Ana County, in the District of New Mexico and elsewhere, the defendant, **SEAN SEBASTIAN STINSON**, knowingly and willfully transmitted, in interstate commerce, a communication which contained a threat to injure the person of another.

In violation of 18 U.S.C. § 875(c).

### Count 4

On or about August 24, 2016, at approximately 9:42 P.M., in Doña Ana County, in the District of New Mexico and elsewhere, the defendant, **SEAN SEBASTIAN STINSON**, knowingly and willfully transmitted, in interstate commerce, a communication which contained a threat to injure the person of another.

In violation of 18 U.S.C. § 875(c).

### Count 5

On or about August 25, 2016, at approximately 10:52 A.M., in Doña Ana County, in the District of New Mexico and elsewhere, the defendant, **SEAN SEBASTIAN STINSON**, knowingly and willfully transmitted, in interstate commerce, a communication which contained a threat to injure the person of another.

In violation of 18 U.S.C. § 875(c).

### Count 6

On or about August 25, 2016, at approximately 10:53 A.M., in Doña Ana County, in the District of New Mexico and elsewhere, the defendant, **SEAN SEBASTIAN STINSON**, knowingly and willfully transmitted, in interstate commerce, a communication which contained a threat to injure the person of another.

In violation of 18 U.S.C. § 875(c).

Count 7

On or about September 2, 2016, in Doña Ana County, in the District of New Mexico and elsewhere, the defendant, **SEAN SEBASTIAN STINSON**, knowingly and willfully transmitted, in interstate commerce, a communication which contained a threat to injure the person of another.

In violation of 18 U.S.C. § 875(c).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
09/20/16  1:29PM