AO 442 (Rev. 08/14) Arrest Warrant

10154418

## UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>Sean S Stinson<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Case No. 1084 2:16CR03807-001RB |

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2018 MAR 26 PM 1:43

CLERK-LAS CRUCES

RECEIVED
U.S. MARSHALS SERVICE
LAS CRUCES, NEW MEXICO
2018 MAR 23 PM 1:06

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay Sean S Stinson who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

The defendant failed to consume his mental health medications as required, and he consumed marijuana.

Date:   3/23/2018

*Issuing Officer's signature*

City and state:   Las Cruces, NM

MATTHEW J. DYKMAN, CLERK OF COURT
*Printed name and title*

---

**Return**

This warrant was received on ( date ) 3/23/18, and the person was arrested on ( date ) 3/23/18
at ( city and state ) San Antonio, TX.

Date: 3/23/18

#30205
*Arresting officer's signature*

Josh Paulson DUSM
*Printed name and title*